# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

Chambers of
Xavier Rodriguez
Judge

John H. Wood, Jr. United States Courthouse
655 East Durango Boulevard
San Antonio, Texas 78206

Telephone
(210) 472-6575

April 29, 2009

Hon. Bobby R. Baldock
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: 2008 Annual Financial Disclosure Report

Dear Judge Baldock:

Thank you for your letter dated April 13, 2009. In that letter, the Committee noted that I had included Fidelity IRA Blue Chip Growth as an asset in 2007, but failed to indicate this asset in my 2008 report.

I have made an inquiry with Fidelity Investments and I have discovered that my 2008 report is accurate. Unfortunately, I write to correct my 2005, 2006 and 2007 reports.

My 2005 report indicates that I made a partial sale of Fidelity IRA Blue Chip Growth on December 6, 2005. Evidently, I sold all my Fidelity IRA Blue Chip Growth on December 6 & 7, 2005. Accordingly, entry 2 on Part VII of the 2005 report should read as follows:

Fidelity IRA Blue Chip Growth
Block C should be blank
Block D1 should read sell (not partial sell)
Block D2 should read 12/6 & 12/7
Block D3 should read K (not J)
Block D5 remains the same

I mistakenly failed to delete this asset from my personal income/net worth statement that I use in preparing the annual Financial Disclosure Reports. Accordingly, I inadvertently carried this asset. The reference to this asset in my 2006 and 2007 Financial Disclosure Reports should be deleted.

I trust this response satisfactorily answers the question posed in your April 13 letter and I thank the Committee for bringing this error to my attention. Please let me know if you have any additional questions.

Very truly yours,

Xavier Rodriguez
U.S. District Judge

**Rodriguez_Xavier**

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rodriguez, Xavier | 2. Court or Organization<br><br>Western District of Texas | 3. Date of Report<br><br>03/6/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>655 E. Durango Blvd.<br>San Antonio, Texas 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | San Antonio Bar Foundation |
| 2. Board Member | Alamo Area Council, Boy Scouts of America |
| 3. Board Member | Federal Bar Association, San Antonio Chapter |
| 4. Board Member | Inns of Court, William S. Sessions Inn |
| 5. Regent | Texas Lutheran University |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAR 13 A 11:13 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/6/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Univ. of Texas at San Antonio - teaching | $3,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Judson I.S.D. - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. State Bar of Texas | January 16-18, 2008 | Austin, Texas | Deliver CLE speech | mileage, meals and hotel |
| 2. Federal Bar Assoc, South Texas Chapter | February 6 &7, 2008 | Laredo, Texas | Deliver CLE speech | mileage and hotel |
| 3. State Bar of Texas | February 28 & 29, 2008 | Austin, Texas | Attend State Bar Comm mtg | mileage and hotel |
| 4. State Bar of Texas | May 12 & 13, 2008 | Austin, Texas | Deliver CLE speech | mileage, meal and hotel |
| 5. Univ. of Texas CLE | May 30 & 31, 2008 | Austin, Texas | Deliver CLE speech | mileage and lunch |
| 6. Tulane Univ. | September 19 & 20, 2008 | Dallas, Texas | Attend CLE planning mtng | airfare, meals and hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/6/2009 |

| 7. State Bar of Texas | September 25 & 26, 2008 | Austin, Texas | Attend State Bar Comm mtg | airfare and lunch |
|---|---|---|---|---|
| 8. Austin Intellectual Property Law Section | November 7 & 8, 2008 | Austin, Texas | Attend CLE program | meal and hotel |
| 9. State Bar of Texas | December 17, 2008 | Austin, Texas | Deliver CLE speech | mileage and meal |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| 'CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/6/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity IRA Baron Growth | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA Dividend Growth | A | Dividend | | | Sold | 08-06 | K | A | |
| 3. Fidelity IRA Equity Income | A | Dividend | K | T | | | | | |
| 4. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 5. Fidelity IRA Low Priced Stock | A | Dividend | J | T | | | | | |
| 6. Fidelity IRA Mid Cap Stock | A | Dividend | J | T | | | | | |
| 7. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 8. Fidelity IRA Intermediate Bond | A | Dividend | K | T | Sold (part) | 08-06 | K | A | |
| 9. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 10. Fidelity IRA Weitz Value | A | Dividend | | | Sold | 08-07 | K | A | |
| 11. Frost National Bank Market Index | A | Interest | K | T | | | | | |
| 12. Frost National Bank | A | Interest | K | T | | | | | |
| 13. American Balanced Fund | A | Dividend | K | T | | | | | |
| 14. American Balanced Fund - 529 | A | Dividend | L | T | | | | | |
| 15. Fidelity IRA FBALX | A | Dividend | K | T | | | | | |
| 16. Fidelity IRA Int'l Discovery | A | Dividend | J | T | | | | | |
| 17. Fidelity IRA Contrafund | A | Dividend | K | T | Buy (add'l) | 08-06 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/6/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity IRA Quanitative Emerging Markets | A | Dividend | J | T | | | | | |
| 19. Teacher Retirement System of Texas | A | Dividend | J | T | | | | | |
| 20. Firstmark | A | Interest | J | T | | | | | |
| 21. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |
| 22. Fidelity IRA Leveraged Co. Stock (X) | A | Dividend | J | T | Buy | 08-08 | K | | |
| 23. Fidelity IRA Strategic Income (X) | A | Dividend | K | T | Buy | 08-06 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/6/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544